**Jacklynn HERITAGE, Appellant,**

v.

**PRADCO OUTDOOR BRANDS;
EBSCO Industries, Inc.
Appellees.**

No. 03–2968.

United States Court of Appeals,
Eighth Circuit.

Submitted April 7, 2004.

Decided May 4, 2004.

Winford L. Dunn, Jr., Lisa Mills Wilkins, Dunn & Nutter, Texarkana, AR, for Plaintiff–Appellant.

Kathlyn G. Graves, Bettina E. Brownstein, William Stuart Jackson, Wright & Lindsey, Little Rock, AR, for Defendants–Appellees.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Jacklynn Heritage appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action. Having carefully reviewed the record, we conclude summary judgment was proper for the reasons explained by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.